872

tioner. *Irwin N. Walker* for respondent.

No. 363. BOYLAN ET AL. *v.* DETRIO ET AL. C. A. 5th Cir. Certiorari denied. *Sol M. Selig* for petitioners. *Webb M. Mize* and *R. W. Thompson, Jr.* for respondents.

No. 268. WEBER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 53, Misc. MARTIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 78, Misc. HARRIS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Joseph A. McMenamin* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 90, Misc. IN RE ELAM. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se. Irvin Fane* and *John B. Pew* for the Circuit Bar Committee, respondent.

No. 148, Misc. THIEL *v.* SOUTHERN PACIFIC Co. C. A. 9th Cir. Certiorari denied. *Allen Spivock* for petitioner. *Arthur B. Dunne* for respondent.